## IN THE SUPREME COURT OF THE STATE OF NEVADA

RLP-BARROW DOWNS, LLC, A NEVADA 9 SERIES LIMITED LIABILITY COMPANY OF THE CONTAINER RED LIZARD PRODUCTIONS 10 LLC UNDER NRS 86.296,
Appellant,
vs.
CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL, INC., A DELAWARE CORPORATION; WELLS FARGO DELAWARE TRUST COMPANY, N.A., AS TRUSTEE FOR VERICREST OPPORTUNITY LOAN TRUST 2011-NPL1; U.S. BANK, N.A., A NATIONAL ASSOCIATION; AND WILLOW CREEK COMMUNITY ASSOCIATION,
Respondents.

No. 78310

FILED

JUN 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to appellant's motion to voluntarily dismiss appeal filed on March 26, 2019, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A. B_

cc: Mortenson & Rafie, LLP
Boyack Orme & Anthony
Fidelity National Law Group/Phoenix
Wright, Finlay & Zak, LLP/Las Vegas
Fidelity National Law Group/Las Vegas

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-27556